UNITED STATES BANKRUPTCY COURT    *Amended* Form C to G.O. 10-001
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - -x

In re:  :  BK No. 09-14925

Cruz Estevez    Chapter 7

:

Debtor(s)

- - - - - - - - - - - - - - - - -x

## LOSS MITIGATION ORDER

☐    A Loss Mitigation Request[1] was filed by the Debtor on _____
_____ 2010.

☐    A Loss Mitigation Request was filed by a creditor on _____
_____,2010.

☐    The Court raised the possibility of loss mitigation, and the parties have had notice and an opportunity to object.

Accordingly, it is **ORDERED,** that the following parties (collectively, the "Loss Mitigation Parties") are directed to participate in loss mitigation:

    1. The Debtor

    2. _____, the Creditor with respect to

_____

_____
*[describe Loan and/or Property].*

    3. _____

_____

_____
*[Additional parties, if any.]*

---

[1] All capitalized terms have the meanings defined in the section on Loss Mitigation Procedures.

It is further **ORDERED,** that the Loss Mitigation Parties shall comply with the Loss Mitigation Procedures adopted by this Court; and it is further

**ORDERED,** that the Loss Mitigation Parties shall observe the following deadlines:

1. Each Loss Mitigation Party shall designate contact persons and disclose contact information within 7 days of the date of this Order, unless this information has been previously provided.  As part of this obligation, **a creditor shall furnish each Loss Mitigation Party with written notice of the name, address, and direct telephone number of the person who has full settlement authority, and shall file such Loss Mitigation Contact Information with the Court.**

2. Each Creditor that is a Loss Mitigation Party shall contact the Debtor's Attorney, or Debtor, if pro se, within **fourteen (14) days of the date of this Order.**

3. Each Loss Mitigation Party must make its information request, if any, within **fourteen (14) days of the date of this Order.**

4. Each Loss Mitigation Party shall respond to an information request within **fourteen (14) days after such request is made, or seven (7) days prior to the Loss Mitigation Session, whichever is earlier.**

5. The Loss Mitigation Session shall be conducted not later than 45 days from the date of the Order.

6. The loss mitigation period shall terminate 60 days from the date of the Order provided the Court's status conference has been held, and unless extended as provided in the Loss Mitigation Procedures.

It is further **ORDERED,** that a status conference will be held in this proceeding on _____ [the Court will set the status conference within 60 days unless extended by Court Order] (the "Status Conference").  The Loss Mitigation Parties shall appear at the Status Conference and provide the Court with a verbal Status Report, unless a detailed joint Status Report has been filed at least

2

seven (7) days prior to the date of the Status Conference with a request that the Status Conference be dispensed with in lieu of the report; and it is further

**ORDERED,** that at the Status Conference, the Court may consider a proposed Settlement by the Loss Mitigation Parties, or may continue the Status Conference to allow more time to complete the loss mitigation session, or for time to provide adequate notice of a request for approval of a Settlement; and it is further

**ORDERED,** that any other pending matters between the Loss Mitigation Parties are hereby continued to the date of the Status Conference, to the extent those matters concern (1) relief from the automatic stay, (2) objection to the allowance of a proof of claim, (3) reduction, reclassification or avoidance of a lien, (4) valuation of a Loan or Property, or (5) objection to confirmation of a plan of reorganization; and it is further

**ORDERED,** that the time for each Loss Mitigation Creditor to file an objection to a plan of reorganization in this case shall be extended until fourteen (14) days after the termination of the loss mitigation period, or any extension thereof.

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this _____ day of _____.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket:

Rev. 011410

3