*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Cruz Estevez

Debtor(s)

BK No. 1:09–bk–14925

Chapter 7

*ORDER GRANTING (doc# 80 )*
*Re: Motion to Approve Loan Modification Agreement , filed by Debtor and Creditor Deutsche Bank National Trust*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 80 ) is **GRANTED** .

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **3/24/11**

Entered on Docket: **3/24/11**
Document Number: **82 – 80**

oaftconsid.jsp #145

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*